# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Shannan M. Wilson  
                Debtor(s)

BK NO. 24-00438 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Credito Real USA Finance and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
02 May 2024, 09:14:54, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322