UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-00438 |
|---|---|
| SHANNAN M WILSON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 5/13/2024, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/13/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SHANNAN M WILSON | CASE NO: 24-00438<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/13/2024, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/13/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-00438
MIDDLE DISTRICT OF PENNSYLVANIA
MON MAY 13 11-32-3 PST 2024

CREDITO REAL USA FINANCE
1475 W CYPRESS CREEK ROAD
SUITE 300
FT LAUDERDALE   FL 33309-1931

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG   PA 17102-1104~~

(P)DEPARTMENT OF LABOR   INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS   NV 89113-2273

CREDITO REAL USA
ATTN BANKRUPTCY
1475 W CYPRESS RD
STE 300
FORT LAUDERDALE   FL 33309

CREDITO REAL USA FINANCE
CO J WARD HOLLIDAY   ASSOC
5930 ROYAL LANE   SUITE 279
DALLAS   TEXAS 75230-3849

CRYSTAL LAKE APARTMENTS
3501 MEADOWDALE BLVD
RICHMOND   VA 23234-5744

EZ PASS
300 E PARK DR 2729
HARRISBURG   PA 17111-2729

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA   PA 19101-7346

(P)PENNSYLVANIA OFFICE OF ATTORNEY
GENERAL
ATTN ATTENTION FINANCIAL ENFORCEMENT
SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946   ATTNBANKRUPTCY
HARRISBURG   PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PSEG CO
PO BOX 14444
NEW BRUNSWICK   NJ 08906-4444

SOLODAR   SOLODAR
11504 ALLECINGIE PARKWAY
RICHMOND   VA 23235-4317

(P)U S   DEPARTMENT OF JUSTICE TAX
DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG   PA 17108-1754

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG   PA 17102-1104~~

VA DEPARTMENT OF TAXATION
600 E MAIN ST STE 1100
RICHMOND   VA 23219-2410

(P)JACK N   ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

~~EXCLUDE~~

~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG   PA 17102-2151~~

~~EXCLUDE~~

~~SHANNAN M WILSON~~
~~208 CEDAR VILLAGE DR~~
~~YORK   PA 17406-3073~~