# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-00438 |
|---|---|
| SHANNAN M WILSON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/21/2024, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/21/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SHANNAN M WILSON | CASE NO: 24-00438<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/21/2024, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/21/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-00438<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI JUN 21 10-5-36 PST 2024 | CREDITO REAL USA FINANCE<br>1475 W CYPRESS CREEK ROAD<br>SUITE 300<br>FT LAUDERDALE  FL 33309-1931 | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG  PA 17102-1104~~ |
| (P)DEPARTMENT OF LABOR  INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXAT<br>PO BOX<br>RICHMOND  VA 23218-2321 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>6801 S CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | CREDITO REAL USA<br>ATTN BANKRUPTCY<br>1475 W CYPRESS RD<br>STE 300<br>FORT LAUDERDALE  FL 33309 | CREDITO REAL USA FINANCE<br>CO J WARD HOLLIDAY  ASSOC<br>5930 ROYAL LANE  SUITE 279<br>DALLAS  TEXAS 75230-3849 |
| CRYSTAL LAKE APARTMENTS<br>3501 MEADOWDALE BLVD<br>RICHMOND  VA 23234-5744 | EZ PASS<br>300 E PARK DR 2729<br>HARRISBURG  PA 17111-2729 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946  ATTNBANKRUPTCY<br>HARRISBURG  PA 17128-0946 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PSEG CO<br>PO BOX 14444<br>NEW BRUNSWICK  NJ 08906-4444 | SOLODAR  SOLODAR<br>11504 ALLECINGIE PARKWAY<br>RICHMOND  VA 23235-4317 | (P)U S  DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG  PA 17108-1754 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG  PA 17102-1104~~ | VA DEPARTMENT OF TAXATION<br>600 E MAIN ST STE 1100<br>RICHMOND  VA 23219-2410 |
| (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | EXCLUDE<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG  PA 17102-2151~~ | EXCLUDE<br>~~SHANNAN M WILSON~~<br>~~208 CEDAR VILLAGE DR~~<br>~~YORK  PA 17406-3073~~ |