IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | |
| Shannan M. Wilson | : | CASE NO: 1:24-bk-00438-HWV |
| | : | |
| Debtor | : | |

To the Clerk:

Please mark docket entry 36 as withdrawn.

                                Respectfully submitted,

                                LAW OFFICES OF JOHN M. HYAMS

July 22, 2024                  By:     /s/ John M. Hyams
                                             John M. Hyams
                                           2023 North 2nd Street
                                           Harrisburg, PA 17102
                                           (717) 520-0300
                                           Attorney for Debtor