

**John M. Hyams, Esquire**
jmh@johnhyamslaw.com

## Law Offices Of
## John M. Hyams

**Amelia C. Berdanier, Paralegal**
acb@johnhyamslaw.com

**Karla E. Flores, Legal Assistant**
kef@johnhyamslaw.com

March 11, 2025

US Bankruptcy Court
Sylvia H. Rambo US Courthouse
501 North 6th Street
Harrisburg, PA  171012

**Re:** **Change of Address**
**Chapter 13 Bankruptcy**
**Shannan M. Wilson**
**Case No.: 1:24-bk-00438**

Dear Sir or Madam:

Please note that the above referenced Debtor wishes to have all future correspondence mailed to:

Shannan M. Wilson
133 Wilson Ave
York, PA 17404

The Debtor no longer resides at the address listed on the Voluntary Petition:

Shannan M. Wilson
208 Cedar Village Dr.
York, PA 17406

We thank you in advance for your attention to this matter.

Very truly yours,

**LAW OFFICES OF JOHN M. HYAMS**

John M. Hyams
JMH:acb
Enclosure

**2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300**
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033
256 W. Market Street, York, PA 17401

Case 1:24-bk-00438-HWV    Doc 49    Filed 03/11/25    Entered 03/11/25 11:30:00    Desc
Main Document    Page 1 of 1